O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC LUCERO,<br><br>               Plaintiff,<br>    v.<br><br>B. M. CASH, et al.,<br><br>               Defendants. | Case No. CV 10-3829-CAS (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that the District Court issue an order: (1) accepting this Report and Recommendation; (2) granting Defendants' Motion for Summary Judgment, and denying Plaintiff's request for injunctive relief; and (3) directing that Judgment be entered dismissing the First Amended Complaint with prejudice.

DATED: October 25, 2013

HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2