JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOMINIC LUCERO, | ) | Case No. CV 10-3829-CAS (OP) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| vs. | ) | |
| B. M. CASH, et al., | ) | |
| Defendants | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

DATED: October 25, 2013

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge